IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SHAWNIQUE TOLITA SCOTT | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-51536-LRC |
| | : | |

===========================================================================

**MOTION TO VOLUNTARY DISMISS CHAPTER 7 CASE**

Debtor SHAWNIQUE SCOTT by her attorney, moves to voluntary dismiss their above-captioned Chapter 7 case pursuant to 11 U.S.C. Section 707.

Debtor filed this case as a Chapter 13 case on January 31, 2018.

On March 2, 2021, Debtor filed a request to convert this case to one under Chapter 7, and the case was so converted on March 9, 2021.

Debtor's counsel subsequently determined that Debtor had filed a prior case in Ohio within 8 years prior to the filing of this case, and therefore debtor is not eligible for a Chapter 7 discharge.

Debtor has no nonexempt property which could be liquidated to pay her unsecured creditors.

Debtor has turned in her vehicle to the only secured creditor in this case (US Auto Finance).

WHEREFORE, Debtor requests that this court enter an order dismissing her Chapter 7 case.

DATED: May 4, 2021                      _____/s/_____
                                           Howard Slomka, Esq.
                                           Georgia Bar # 652875
                                           Slipakoff & Slomka, PC
                                           Attorney for Debtor
                                           6400 Power Ferry Road NW
                                           Suite 391
                                           Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SHAWNIQUE TOLITA SCOTT | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-51536-LRC |
| | : | |

==================================================================

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion to Voluntary Dismiss Chapter 7 Case and Declaration Under Penalty of Perjury in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED FOR ADDITIONAL CREDITORS

This May 4, 2021

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Power Ferry Road NW
Suite 391
Atlanta, GA 30339

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-51536-lrc<br>Northern District of Georgia<br>Atlanta<br>Tue May  4 10:42:35 EDT 2021 | Amca<br>2269 S Saw Mill<br>Elmsford, NY 10523-3832 | Capital One<br>Po Box 27288<br>Tempe, AZ 85285-7288 |
| Capital One Bank USA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Melissa J. Davey<br>Office of Melissa J. Davey<br>Standing Chapter 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Shawn J. Eisenberg<br>Eisenberg Law, LLC<br>P. O. Box 683153<br>Marietta, GA 30068-0053 |
| Exeter Finance<br>Po Box 166097<br>Irving, TX 75016-6097 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| FABCO - CORNERSTONE CROSSING APTS<br>P O BOX  20850<br>COLUMBUS, OH 43220-0850 | FABCO - FOXGLOVE APARTEMENTS<br>P O BOX 20850<br>COLUMBUS, OH 43220-0850 | Fabco<br>4640 Executive Dr<br>Columbus, OH 43220-3602 |
| First Financial Asset<br>3091 Governors Lake Dr S<br>Peachtree Corners, GA 30071-1135 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| McCullough Payne & Haan<br>171 17th Street NW<br>Suite 975<br>Atlanta, GA 30363-1032 | Medical Data Systems I<br>128 W Center Ave Fl 2<br>Sebring, FL 33870-3103 | Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Ncc Business Svcs Inc<br>9428 Baymeadows Rd Ste 2<br>Jacksonville, FL 32256-7912 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Regional Acceptance Co<br>1420 E Fire Tower Rd Ste<br>Greenville, NC 27858-4139 |
| Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Shawnique Tolita Scott<br>525 London Way<br>Lithia Springs, GA 30122-6808 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Suite 391<br>6400 Powers Ferry Road NW<br>Atlanta, GA 30339-2970 |

Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007-1958

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Syncb/walmart
Po Box 965024
Orlando, FL 32896-5024

U-Haul Moving & Storage of
Douglasville
9416 GA-5
Douglasville, GA 30135

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

Us Auto Finance/us Aut
824 N. Market Street
Wilmington, DE 19801-3024

Wesley Hampstead
2770 Skyview Drive
Lithia Springs, GA 30122-4020

Wollemi Acquisitions, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Wollemi Acquisitions, LLC c/o AIS Portfolio
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901