# United States Bankruptcy Court
## Northern District of Georgia

In re  **Shawnique Tolita Scott**

Debtor(s)

Case No.  **18-51536**

Chapter  **7**

## Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-4638**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **Shawnique Tolita Scott**

Street:  **525 London Way**

City, State and Zip:  **Lithia Springs, GA 30122**

Telephone #:  **937-626-7788**

**Please be advised that effective  January 31, 2021**
**my (our) new mailing address and telephone number is:**

Name:  **Shawnique Tolita Scott**

Street:  **5819 Dunn Road Sw**

City, State and Zip:  **Mableton, GA  30126**

Telephone #:  **937-626-7788**

/s

**Shawnique Tolita Scott**
Debtor